# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

**In Re:**  Tanners Cafe, Inc.                          **Case Number:**  09-16656                    **Ch:**  11

**MOVANT/APPLICANT/PARTIES:**

#33 Motion by Debtor to Sell Liquor License Free and Clear of All Liens, Encumbrances and
Interests.
(Response due 10/9/09)

**OUTCOME:**

#33____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection or counteroffers were filed.

IT IS SO NOTED:                         IT IS SO ORDERED:

_____            _____
                                                              Dated: 10/13/2009
Courtroom Deputy                        Joan N. Feeney, U.S. Bankruptcy Judge